The CHIEF JUSTICE
 

 delivered the opinion of the court.
 

 We think such averments as the defendant alleges to be necessary and the want of which he has assigned for cause of demurrer, were not necessary. The debtors of a bank, when sued by a receiver, cannot inquire into the legality of his appointment. It is sufficient for the purposes of such a suit that he has been appointed and is receiver in fact.' As to debtors, the action of «the - comptroller in making the appointment is conclusive until set aside on the application of the bank. The bank may move in that behalf, but the debtor cannot. Section fifty makes express provision for a contest by the bank.
 

 The court below erred in sustáining the demurrer, and for that reason the judgment is reversed and the cause remanded with instructions to overrule .the demurrer to the declaration and
 

 Proceed accordingly.